IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TC HULETT, JR | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:22-cv-04065-DDC-KGG |
| | ) |
| JOHNSON COUNTY SHERIFF'S | ) |
| OFFICE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

Pro se Plaintiff TC Hulett, Jr. filed his Complaint (Doc. 1) on November 23, 2022. Along with his Complaint, Plaintiff also filed a motion to proceed without prepayment of fees which was subsequently granted. (Doc. 4). The undersigned Magistrate Judge recommended to the District Judge that some Defendants be dismissed for failure to state a cause of action. The District Judge adopted the report and recommendations. (Doc. 9).

In both his Complaint and financial affidavit, Plaintiff asserts he his homeless. As such, the Court was unable to contact Plaintiff. The District Judge entered an Order to Show Cause on January 11, 2023, requiring Plaintiff to provide the Clerk with his current address. Plaintiff failed to comply with the order to show cause and the case was dismissed. (Doc. 12). Two days later, Plaintiff filed a motion to reopen the case. (Doc. 13). Due to Plaintiff's injury and the surrounding extraordinary circumstances, the District Judge granted the motion to reopen the case. In the Court's order granting the motion to reopen, the Court ordered that Plaintiff has until February 27, 2023, to provide the Clerk with his current mailing address. The Court also ordered Plaintiff to prepare and submit summons to the Clerk for service by March 6, 2023.

1

Throughout the course of this case, Plaintiff has provided a number of addresses—all of which were either homeless shelters or an address the Plaintiff does not currently reside. (*See, e.g.*, Doc. 7). The latest address the Plaintiff has provided is in Kansas City, Missouri. The Court takes judicial notice that a google search reveals that this address appears to be associated with a homeless shelter known as Hope Faith. Plaintiff did, however, provide the Clerk with an e-mail address and register as a pro se participant with E-filing and ECF notifications. (Docs. 18 and 19). While Plaintiff has provided the Court with the address of a homeless shelter in Kansas City and with an email address, he is not compliant with the previous Order of the Court. The District Judge's order required the Plaintiff to provide the Clerk with his current *mailing address*. (Doc. 14 (emphasis added)). The Court is not convinced that Plaintiff's provided address is his current mailing address.

Moreover, Plaintiff has not prepared and submitted summons to the Clerk for service. Rather, Plaintiff filed a motion for leave to amend the complaint on April 15, 2023—well past the Court's set deadlines. (Doc. 20). The motion to amend was not complaint with the local rules and was denied without prejudice. (Doc. 21).

This case is now five months old, and no current mailing address has been provided by Plaintiff and no Defendants have been served. It has been nearly two months since the deadlines to comply with the Court's previous Order have passed. Accordingly, the Court orders Plaintiff to show cause in writing by **May 12, 2023**, as to why the undersigned Magistrate Judge should not recommend that his claims be dismissed pursuant to Rule 41(b) for failure to prosecute the case and failure to comply with Court Orders.

Dated at Wichita, Kansas, on this 26th day of April 2023.

/S Kenneth G. Gale
United States Magistrate Judge